# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1155
L.T. Case No. 2019-CF-000374-A

_____

WILLIAM D. VAUSE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

William D. Vause, Cross City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

December 16, 2025

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____